# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : No. 69 MAL 2015 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| HATFIELD TOWNSHIP MUNICIPAL AUTHORITY, HORSHAM WATER & SEWER AUTHORITY, BUCKS COUNTY WATER & SEWER AUTHORITY, WARRINGTON TOWNSHIP WATER & SEWER DEPARTMENT, WARWICK TOWNSHIP WATER AND SEWER AUTHORITY, THE BOROUGH OF LANSDALE, AND CHALFONT-NEW BRITAIN JOINT SEWAGE AUTHORITY, | : |
| | : |
| Respondents | : |
| | |
| CHALFONT-NEW BRITAIN TOWNSHIP JOINT SEWAGE AUTHORITY | : No. 70 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, HATFIELD TOWNSHIP MUNICIPAL AUTHORITY, HORSHAM WATER AND SEWER AUTHORITY, BUCKS COUNTY WATER & SEWER AUTHORITY, WARRINGTON TOWNSHIP WATER & SEWER DEPARTMENT, WARWICK TOWNSHIP WATER & SEWER AUTHORITY, BOROUGH OF LANSDALE | : |
| | : |
| | : |

PETITION OF:  DEPARTMENT OF
ENVIRONMENTAL PROTECTION

HATFIELD TOWNSHIP MUNICIPAL
AUTHORITY, HORSHAM WATER AND
SEWER AUTHORITY, BUCKS COUNTY
WATER AND SEWER AUTHORITY,
WARRINGTON TOWNSHIP WATER
AND SEWER DEPARTMENT,
WARWICK TOWNSHIP WATER AND
SEWER AUTHORITY,

    Respondents

     v.

DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

    Petitioner

THE BOROUGH OF LANSDALE,

    Intervenor

: No. 71 MAL 2015

: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court

BOROUGH OF LANSDALE,

    Respondent

     v.

DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

    Petitioner

HATFIELD TOWNSHIP MUNICIPAL
AUTHORITY, HORSHAM WATER AND
SEWER AUTHORITY, BUCKS COUNTY

: No. 72 MAL 2015

: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court

WATER AND SEWER AUTHORITY,       :
WARRINGTON TOWNSHIP WATER        :
AND SEWER DEPARTMENT,            :
WARWICK TOWNSHIP WATER AND       :
SEWER AUTHORITY,                 :
                                 :
           Intervenors           :


# ORDER


**PER CURIAM**

    **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.